IN THE MATTER OF ERIC HINSINGER, CHARGED
WITH CONTEMPT.

October 27, 1981.

Petition for certification denied.

STATE OF NEW JERSEY v. JOSEPH BOGDANSKI.

October 27, 1981.

Petition for certification denied.

BETSY C. MAYER v. MARTIN C. MAYER.

October 27, 1981.

Petition for certification denied. (See 180 *N.J.Super.* 164)

STATE OF NEW JERSEY v. DENNIS J. GALLAGHER.

October 27, 1981.

Petition for certification granted, limited solely to the issues arising out of the search of the automobile owned by defendant Stryjewski and the seizure of stolen property discovered in said vehicle, and it is further ORDERED that the matter is summarily remanded to the Superior Court, Appellate Division for reconsideration in light of *State v. Donald Alston, et al.,* 87 *N.J.* 531; *State v. Jerome Martin,* 87 *N.J.* 561 and *Robbins v. California,* 453 *U.S.* 420, 101 *S.Ct.* 2841, 69 *L.Ed.2d* 744 (1981), and it is further ORDERED that the petition for certification is denied as to all other issues. Jurisdiction is not retained.